**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GLORIA RAMOS, etc.,

    Plaintiff,

    v.          No.3:07-cv-37-J-12TEM

CITY OF JACKSONVILLE, etc., et al.,

    Defendants.

## ORDER

Upon further review of the Court's Order (Doc. 23) granting the Defendants' motions to dismiss (Docs.17 and 18), the Court is of the opinion that the Plaintiff should be given leave to amend Counts III and XIV against Defendant the City of Jacksonville in accordance with relevant facts and applicable law if she deems it appropriate. Accordingly, it is

**ORDERED AND ADJUDGED**:

That the Court's Order (Doc.23) is hereby amended to reflect that Counts III and XIV against Defendant City of Jacksonville are dismissed with leave to amend; and further all other portions of the Court's Order (Doc.23) remain in effect.

**DONE AND ORDERED** this __13th__ day of August 2007.

_/s/ Howell W. Melton_
HOWELL W. MELTON
United States District Judge

Copies to:
Counsel of Record